| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Nye, Stirling, Hale & Miller LLP<br>33 WEST MISSION ST.<br>SUITE 201<br>Santa Barbara, CA 93101<br>Telephone No: 805-963-2345    FAX No: (805) 563-5385 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Western District Of Pennsylvania | | | | |
| Plaintiff: JARED CHARLAP | | | | |
| Defendant: MOLEKULE, INC. | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:20-CV-00687-AJS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; ORDER OF CONSOLIDATION; COMPLAINT

3. a. Party served:           MOLEKULE, INC.
   b. Person served:          Casey Pineda, Managing Agent and Authorized to Accept

4. Address where the party was served:     Incorporating Services, LTD
                                            3500 S. Dupont Hwy
                                            DOVER, DE 19901

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., May. 19, 2020 (2) at: 3:04PM

7. Person Who Served Papers:                               Fee for Service:
   a. Sharlene Brooks
   b. UNITED PROCESS SERVERS, Inc.
      142 East Figueroa Street
      Santa Barbara, CA 93101
   c. 805 966-2102

8. I declare under penalty of perjury under the laws of the State of PENNSYLVANIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE          Sharlene Brooks          5-19-20          np&s.221990